IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01180-WYD-CBS

JOE LISTER,

    Plaintiff,

v.

TOWNSHIP OF PAGOSA SPRINGS; and
MARK GARCIA, Town Manager,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Defendants' Stipulation for Dismissal with Prejudice of Mark Garcia, filed March 10, 2009 (docket #35). Having reviewed the motion and the premises therein it is hereby

ORDERED that Defendants' Stipulation for Dismissal with Prejudice of Mark Garcia, filed March 10, 2009 (docket #35) is **GRANTED**. Defendant Mark Garcia is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorneys fees.

Dated: March 10, 2009

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief U. S. District Judge